

**Timothy J. Straub**
Managing Associate

timothy.straub@dentons.com
D  +1 212-768-6821

Dentons US LLP
1221 Avenue of the Americas
New York, NY  10020-1089
United States

大成  Salans FMC SNR Denton McKenna Long
dentons.com

May 27, 2021

**VIA ECF**

The Honorable Vernon S. Broderick
United States District Judge
Southern District of New York
40 Foley Square
New York, New York 10007

Re:     Williams v. Josie Accessories Inc. et al: Case No. 1:21-cv-00725-VSB

Dear Judge Broderick:

We represent defendants Josie Accessories Inc. and Elrene Manufacturing Co., Inc. ("Defendants") in the above-referenced matter.  Together with counsel for plaintiff, Milton Williams, we jointly and respectfully move this Court to stay all case deadlines in this action for forty five (45) days, from May 27, 2021 to July 12, 2021.

This requested stay will permit the parties to finalize their efforts to bring about the voluntary dismissal of all claims asserted in this action without further litigation. Once those efforts are complete, the parties will file a stipulation of voluntary dismissal.

Respectfully submitted,

*/s/ Timothy J. Straub*
Timothy J. Straub

cc:     All counsel of record (by ECF)

---

**APPLICATION GRANTED**
**SO ORDERED**
**VERNON S. BRODERICK**
**U.S.D.J.** 5/28/2021

The parties are directed to file a status update by July 13, 2021, or when settlement has been reached, whichever is earlier.